```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __July 6, 2017__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISSA T. JONES, ESQ.,

        Plaintiff,

-against-

GOLDBERG SEGALLA LLP and FREDERICK J. POMERANTZ, ESQ.,

        Defendant.

Civil Case No. 1:16-cv-06843 (KPF)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees except as otherwise agreed between the parties.

**REAVIS PARENT LLP**
Attorneys for Plaintiff

By: /s/ Mark H. Moore
Mark H. Moore
41 Madison Avenue, 41st Floor
New York, New York 10010
212.763.4100

Dated: 6/9, 2017

**LITTLER MENDELSON, P.C.**
Attorneys for Defendants

By: /s/
I. Michael Kessel
One Newark Center, 8th Floor
Newark, New Jersey 07102
973-848-4700

Dated: 7/6, 2017

SO ORDERED:

Dated: July 6, 2017
New York, New York

SO ORDERED.

/s/ Katherine Polk Failla
_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

~~EXHIBIT A~~